450 A.2d 1064

Commonwealth v. Fruster, Appellant.

Argued March 30, 1982. William T. Cannon, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Stanley L. Kubacki is affirmed.